IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:22-HC-2114-FL

| | | |
|---|---|---|
| ANTHONY ANDREWS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| WARDEN R. RAMOS, | ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the court on petitioner's motion to compel (DE 10). Petitioner argues he did not receive the service copy of respondent's motion to dismiss and memorandum in support of same. On November 22, 2022, respondent filed certificate of service confirming re-service of the motion and memorandum. Petitioner also filed his response to the motion to dismiss on November 28, 2022. Accordingly, the motion to compel (DE 10) is DENIED as moot.

SO ORDERED, this the 30th day of November, 2022.

LOUISE W. FLANAGAN
United States District Judge