IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

ANTHONY ANDREWS,
        Petitioner,

v.                              **Judgment in a Civil Case**

WARDEN R. RAMOS,
        Respondent.               Case Number: 5:22-HC-2114-FL

**Decision by Court.**

This action came before the Honorable Louise Wood Flanagan, United States District Judge, for consideration of the respondent's motion to dismiss.

**IT IS ORDERED AND ADJUDGED** that respondent's motion dismiss is granted and this action is hereby dismissed without prejudice.

This Judgment Filed and Entered on February 8, 2023, with service on:

Anthony Andrews, #15965-056         (via U.S. Mail)
Butner Medium I - F.C.I.
P.O. Box 1000
Butner, NC 27509

Holly P. Pratesi                           (via CM/ECF Notice of Electronic Filing)

February 8, 2023                           Peter A. Moore, Jr.
                                          Clerk of Court

                                          By: /s/ Stephanie Mann
                                                Deputy Clerk